UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-8749 FMO (JCx) | Date | February 3, 2020 |
| Title | Kevin Cox v. Sarah Kang, et al. | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

On January 10, 2020, the Clerk entered defendants Thomas I. Hwang, as Trustee of T and T Family Trust and Young H. Hwang, as Trustee of T and T Family Trust's default. (See Dkt. 22). Plaintiff was ordered to file and serve a motion for default judgment no later than January 24, 2020. (See Dkt. 23, Court's Order of January 10, 2020). Plaintiff was admonished that failure to file such a motion could result in the action against being "dismissed for failure to prosecute and/or failure to comply with a court order." (Id.) (citing Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)). As of the date of this Order, plaintiff has not filed a motion for default judgment. (See, generally, Dkt.).

The court will provide plaintiff one final opportunity to file a motion for default judgment. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file and serve a motion for default judgment no later than **February 7, 2020**, and notice it for hearing pursuant to the Local Rules.

2. Plaintiff is admonished that failure to file a motion for default judgment by the deadline set forth above or comply with the requirements set forth in the Court's Order of January 10, 2020, (Dkt. 23), shall result in dismissal of this action for failure to prosecute and/or to comply with a court order. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |