JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN COX, | ) | Case No. CV 19-8749 FMO (JCx) |
|     Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| SARAH KANG, et al., | ) | |
|     Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 18th day of February, 2020.

                                                            /s/
                                          Fernando M. Olguin
                                      United States District Judge